

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-55,762-10

### EX PARTE JOSEPH BARNARD HINES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 809892-B IN THE 180TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to imprisonment for life. The Fourteenth Court of Appeals affirmed his conviction. *Hines v. State*, No. 14-99-01384-CR (Tex. App.—Houston [14th Dist.] Feb. 8, 2001) (not designated for publication).

On October 8, 2014, we dismissed this application without written order. TEX. CODE CRIM. PROC. art. 11.07, § 4. Applicant has now filed a motion to reconsider. His motion is granted. The

October 8 dismissal is withdrawn. If he decides to supplement the habeas record, Applicant shall file his evidence in the trial court within 30 days of the date of this order. No extensions shall be granted.

Filed: April 1, 2015
Do not publish